UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE WATSON,<br><br>    Plaintiff,<br><br>    v.<br><br>MCKERSEY, et al.,<br><br>    Defendants. | Case No. 17-cv-07212-SI<br><br>**ORDER OF DISMISSAL** |

On February 27, 2018, the Court granted plaintiff an extension of time to file an amended complaint by March 12, 2018. (Dkt. No. 16). The deadline has passed and plaintiff has not filed an amended complaint. Plaintiff has filed two letters with the Court, dated March 14, 2018 and March 15, 2018. (Dkt. Nos. 18, 19). Neither letter addresses the Court's prior Order. Accordingly, this action is DISMISSED without prejudice.

**IT IS SO ORDERED**.

Dated: 3/23/18

SUSAN ILLSTON
United States District Judge