UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE WATSON, | Case No. 17-cv-07212-SI |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MCKERSEY, et al., | |
| Defendants. | |

This action was dismissed without prejudice on March 23, 2018. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: March 27, 2018

SUSAN ILLSTON
United States District Judge